UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>-against-<br><br>STEFANO DEMICHELI,<br><br>    Defendant. | No. 13-CR-199 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

  The Court is in receipt of Mr. Demicheli's letter dated March 27, 2023. (See dkt. no. 249.) The Government and Probation shall inform the Court within two weeks whether they oppose Mr. Demicheli's request for early termination of supervised release.

**SO ORDERED.**

Dated: August 7, 2023
    New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1