```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

UNITED STATES OF AMERICA,

    -against-

STEFANO DE MICHELI,

        Defendant.

13 Cr. 199 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Mr. De Micheli's request for early termination of supervised release (dkt. no. 249). The Government and Probation shall inform the Court no later August 21 than if they oppose the application.

SO ORDERED.

Dated:    New York, New York
            August 7, 2023

                                    LORETTA A. PRESKA
                                    Senior United States District Judge